UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LONG CHEN,<br><br>                     Plaintiff,<br><br>    -against-<br><br>CITY OF NEW YORK,<br><br>                    Defendant. | 23-CV-2383 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 25, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 25, 2023
           New York, New York

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                  Chief United States District Judge